UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                        No. 2:19-CR-20001

HEATHER MASHBURN                                                                   DEFENDANT

## ORDER

Before the Court is the Government's Federal Rule of Criminal Procedure Rule 48(a) motion (Doc. 14) to dismiss the indictment without prejudice pursuant to a pretrial diversion agreement. Dismissal is appropriate.

IT IS THEREFORE ORDERED that the Government's motion (Doc. 14) is GRANTED and the indictment in this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of April, 2019.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE